**E-FILED**
Friday, 13 May, 2005  02:12:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EVELYN M GALLIGHER and<br>BURNIS L GALLIGHER<br>　　　　　　Plaintiff<br><br>vs.<br><br>LLOYD E ANDRIES<br>　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.    04-1036 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 13th day of May, 2005.

　　　　　　　　　　　　s/ John A. Gorman

　　　　　　　　　　　JOHN A. GORMAN
　　　　　　　　UNITED STATES MAGISTRATE JUDGE