**E-FILED**
Tuesday, 17 May, 2005  01:31:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| EVELYN M. GALLIGHER and | ) | |
| BURNIS L. GALLIGHER | ) | |
|       Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 04-1036 |
| | ) | |
| LLOYD E. ENDRIES, Executor of | ) | |
| Estate of BETTY LOU ANDRIES, | ) | |
| Deceased, | ) | |
| | ) | |
|       Defendant. | ) | |

## ENTRY OF APPEARANCE

Attorney JAMES P. LAWSON of the law office of KINGERY DURREE WAKEMAN & RYAN, ASSOC., hereby enters his appearance for the Plaintiffs, EVELYN M. GALLIGHER and BURNIS L. GALLIGHER, in the above-captioned matter.

EVELYN M. GALLIGHER and
BURNIS L. GALLIGHER, Plaintiffs,

By:_____S/James P. Lawson_____
JAMES P. LAWSON

Attorney for Plaintiff:
JAMES P. LAWSON
KINGERY DURREE WAKEMAN & RYAN, ASSOC.
915 Commerce Bank Building
Peoria, Illinois  61602
Telephone: (309) 676-3612

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| EVELYN M. GALLIGHER and | ) | |
| BURNIS L. GALLIGHER | ) | |
|          Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 04-1036 |
| | ) | |
| LLOYD E. ENDRIES, Executor of | ) | |
| Estate of BETTY LOU ANDRIES, | ) | |
| Deceased, | ) | |
| | ) | |
|          Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Plaintiffs' Entry of Appearance of the

undersigned counsel were served upon counsel of record by e-filing and/or by placing the same

in an envelope with postage fully prepaid and depositing the envelope in a U.S. mail box in

Peoria, Illinois, this 17th day of May, 2005:

Mr. Scott E .Umland
Fleming & Umland
1518 Associated Bank Plaza
411 Hamilton Boulevard
Peoria, IL   61602

                     EVELYN M. GALLIGHER and
                     BURNIS L. GALLIGHER, Plaintiffs,


                   By:_____S/James P. Lawson_____
                      JAMES P. LAWSON

Attorney for Plaintiff:
JAMES P. LAWSON
KINGERY DURREE WAKEMAN & RYAN, ASSOC.
915 Commerce Bank Building
Peoria, Illinois  61602
Telephone: (309) 676-3612