E-FILED
Friday, 10 June, 2005  11:01:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| EVELYN M. GALLIGHER and BURNIS L. GALLIGHER,<br>  Plaintiffs,<br><br>v.<br><br>LLOYD E. ANDRIES, Executor of Estate of BETTY LOU ANDRIES, Deceased,<br>  Defendant. | Case No. 04-1036 |

## **STIPULATED MOTION**

NOW COME the parties, EVELYN M. GALLIGHER and BURNIS L. GALLIGHER, by and through their attorneys, Kingery, Durree, Wakeman & Ryan, and the Defendant, Estate of BETTY LOU ANDRIES, Deceased, by and through its attorneys, Fleming and Umland, and hereby agree and stipulate that the deadline to file a Stipulation of Dismissal and Dismissal Order previously set by this court shall be extended until July 31, 2005.


_____s/James P. Lawson_____        ___June 9, 2005_____
JAMES P. LAWSON, attorney for Plaintiffs                    DATE


_____s/Scott Umland_____        ___June 10, 2005_____
SCOTT UMLAND, attorney for Defendant                    DATE

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| EVELYN M. GALLIGHER and | ) | |
| BURNIS L. GALLIGHER | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 04-1036 |
| | ) | |
| LLOYD E. ENDRIES, Executor of | ) | |
| Estate of BETTY LOU ANDRIES, | ) | |
| Deceased, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the Stipulated Motion of the undersigned counsel were served upon the following counsel of record by e-filing and/or by placing the same in an envelope with postage fully prepaid and depositing the envelope in a U.S. mail box in Peoria, Illinois, this 10th day of June, 2005:

Mr. Scott E .Umland
Fleming & Umland
1518 Associated Bank Plaza
411 Hamilton Boulevard
Peoria, IL   61602

                                          EVELYN M. GALLIGHER and
                                        BURNIS L. GALLIGHER, Plaintiffs,


                              By:_____S/James P. Lawson_____
                                      JAMES P. LAWSON

Attorney for Plaintiff:
JAMES P. LAWSON
KINGERY DURREE WAKEMAN & RYAN, ASSOC.
915 Commerce Bank Building
Peoria, Illinois  61602
Telephone: (309) 676-3612