E-FILED
Thursday, 11 August, 2005  10:49:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| EVELYN M. GALLIGHER and BURNIS L. GALLIGHER,<br><br>  Plaintiffs,<br><br>vs.<br><br>LLOYD E. ANDRIES, Executor of the Estate of BETTY LOU ANDRIES, Deceased,<br><br>  Defendant. | Case No. 04-1036 |

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between Plaintiffs, EVELYN M. GALLIGHER and BURNIS L. GALLIGHER, and Defendant LLOYD E. ANDRIES, Executor of the Estate of BETTY LOU ANDRIES, through their respective counsel, that EVELYN M. GALLIGHER and BURNIS L. GALLIGHER's cause be dismissed with prejudice on account of the settlement thereof, each party to bear their costs.

EVELYN M. GALLIGHER and BURNIS L. GALLIGHER, Plaintiffs

BY: _____
KINGERY, DURREE,
WAKEMAN & RYAN, ASSOC.
Plaintiffs' Attorneys

LLOYD E. ANDRIES, Executor of the Estate of BETTY LOU ANDRIES, Deceased, Defendant

BY: _____
FLEMING & UMLAND
Defendant's Attorneys

### ORDER

It is hereby ordered that EVELYN M. GALLIGHER and BURNIS L. GALLIGHER's cause is dismissed with prejudice on account of the settlement thereof, each party to bear their costs.

ENTERED: _____, 2005

_____
Judge